**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
NORTHERN DISTRICT OF TEXAS

Case number *(if known)* _____    Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Stringer Farms, Inc,.** |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **75-1246550** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business**  **130 N. Dumas Ave.**  **Dumas, TX 79029**  Number, Street, City, State & ZIP Code  **Moore**  County | **Mailing address, if different from principal place of business**  **P.O. Box 1090**  **Dumas, TX 79029**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  **Southwest Moore County, TX**  Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Debtor  **Stringer Farms, Inc,.**  
_____Name_____                                    Case number (*if known*) _____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** that apply:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

| | District | **Northern District of Texas, Fort Worth Division** | When | **12/14/16** | Case number | ____ |
| | District | ____ | When | ____ | Case number | ____ |

Debtor **Stringer Farms, Inc,.**
    Name

Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | **Charles Blake Stringer** | | Relationship | **President** |
| District | **Northern District** | When | **1/02/24** | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
    Contact name _____
    Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **Stringer Farms, Inc,.**
    Name

Case number (*if known*)

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Stringer Farms, Inc,.**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 2, 2024**
MM / DD / YYYY

X **/s/ Charles Blake Stringer**         **Charles Blake Stringer**
Signature of authorized representative of debtor         Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Max R. Tarbox**         Date **January 2, 2024**
Signature of attorney for debtor         MM / DD / YYYY

**Max R. Tarbox 19639950**
Printed name

**Tarbox Law, P.C.**
Firm name

**2301 Broadway**
**Lubbock, TX 79401**
Number, Street, City, State & ZIP Code

Contact phone **(806) 686-4448**   Email address **tami@tarboxlaw.com**

**19639950 TX**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Stringer Farms, Inc,.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Agrisompo North America<br>P.O. Box 69<br>Wolfforth, TX 79382-0069 | | | | | | $2,121.76 |
| Forshey & Prostok LLC<br>777 Main Street<br>Ste. 1550<br>Fort Worth, TX 76102 | | | | | | $270,000.00 |
| Frontier Fuel<br>PO Box 128<br>Dalhart, TX 79022 | | | | | | $2,426.10 |
| Herring Bank<br>2201 Civic Circle<br>Amarillo, TX 79109 | | | | $1,331,422.91 | $0.00 | $1,331,422.91 |
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | | | | | | $18,835.00 |
| Johnson & Sheldon, PLLC<br>P.O. Box 509<br>Amarillo, TX 79105 | | | | | | $4,381.00 |
| Moore Co. Tax Assessor-Collector<br>P.O. Box 618<br>Dumas, TX 79029 | | | | $33,056.38 | $0.00 | $33,056.38 |
| Rita Blanca<br>P.O. Box 1947<br>Dalhart, TX 79022-5947 | | | | | | $126.22 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **Stringer Farms, Inc,.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Texas Mutual Workers' Compensation Insur**<br>**P.O. Box 841843**<br>**Dallas, TX**<br>**75284-1843** | | | | | | **$639.04** |
| **West Texas Gas**<br>**P.O. Box 39**<br>**Dalhart, TX 79022** | | | | | | **$35,664.91** |
| **Zion Bank**<br>**500 Fifth Street**<br>**Ames, IA**<br>**50010-0630** | | | | $4,215,844.93 | $0.00 | $4,215,844.93 |

Agrisompo North America
P.O. Box 69
Wolfforth, TX 79382-0069


Forshey & Prostok LLC
777 Main Street
Ste. 1550
Fort Worth, TX 76102


Frontier Fuel
PO Box 128
Dalhart, TX 79022


Herring Bank
2201 Civic Circle
Amarillo, TX 79109


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Johnson & Sheldon, PLLC
P.O. Box 509
Amarillo, TX 79105


Moore Co. Tax Assessor-Collector
P.O. Box 618
Dumas, TX 79029


Rita Blanca
P.O. Box 1947
Dalhart, TX 79022-5947

```
Texas Attorney General
P.O. Box 12548
Austin, TX 78711


Texas Mutual Workers' Compensation Insur
P.O. Box 841843
Dallas, TX 75284-1843


U.S. Attorney General
U.S. Department of Justice
10th & Pennsylvania Ave
Washington, DC 20530


U.S. Attorney's Office
1205 Texas Ave.  Room 700
Lubbock, TX 79401


West Texas Gas
P.O. Box 39
Dalhart, TX 79022


Zion Bank
500 Fifth Street
Ames, IA 50010-0630
```

# United States Bankruptcy Court
## Northern District of Texas

In re  **Stringer Farms, Inc,.**
Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Stringer Farms, Inc,.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January  2, 2024**
Date

**/s/ Max R. Tarbox**
**Max R. Tarbox 19639950**
Signature of Attorney or Litigant
Counsel for **Stringer Farms, Inc,.**
**Tarbox Law, P.C.**
**2301 Broadway**
**Lubbock, TX 79401**
**(806) 686-4448 Fax:(806) 368-9785**
**tami@tarboxlaw.com**