Mark J. Petrocchi
State Bar No. 15851750
GRIFFITH, JAY & MICHEL, LLP
2200 Forest Park Blvd.
Fort Worth, TX  76110
Phone (817) 926-2500
Fax (817) 926-2505
mpetrocchi@lawgjm.com
ATTORNEYS FOR ZIONS FIRST NATIONAL BANK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| IN RE: | § | |
|---|---|---|
| | § | |
| STRINGER FARMS, INC. | § | CASE NO. 24-20001-11 |
| | § | |
| DEBTOR | § | |

### *NOTICE OF APPEARANCE AND*
### *DEMAND FOR NOTICES AND PAPERS*

**PLEASE TAKE NOTICE** that ZIONS FIRST NATIONAL BANK, a party-in-interest in the above-captioned case, hereby appears by its counsel, Mark J. Petrocchi of Griffith, Jay & Michel, LLP, pursuant to Section 1109(b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure ("Bankruptcy Rule") 9010(b) and request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon it at the following address:

>Mark J. Petrocchi
>State Bar No. 15851750
>GRIFFITH, JAY & MICHEL, LLP
>2200 Forest Park Blvd.
>Fort Worth, TX  76110
>Phone (817) 926-2500
>Fax (817) 926-2505
>mpetrocchi@lawgjm.com

Please take further notice that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, messenger delivery, telephone, facsimile, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings herein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the rights of ZIONS FIRST NATIONAL BANK, (i) to have final orders in noncore matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, setoffs, or recoupments to which ZIONS FIRST NATIONAL BANK is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Respectfully submitted,

By: __/s/Mark J. Petrocchi_____
     Mark J. Petrocchi
State Bar No. 15851750
GRIFFITH, JAY & MICHEL, LLP
2200 Forest Park Blvd.
Fort Worth, TX  76110
Phone (817) 926-2500
Fax (817) 926-2505
mpetrocchi@lawgjm.com
ATTORNEYS FOR ZIONS FIRST NATIONAL BANK

## CERTIFICATE OF SERVICE

      The undersigned certifies that he caused a true and correct copy of the foregoing document to be served electronically upon those persons registered on the ECF Filing system of the Court on this 2nd day of January 2024.

          /s/Mark J. Petrocchi
          Mark J. Petrocchi